**Herbert HAYES, Plaintiff–Appellant,**

v.

**JACOBS ENGINEERING GROUP, INCORPORATED; J.E. Merit Construction; Ron Pulliam, Defendants–Appellees.**

No. 02–1547.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 23, 2002.

Decided Oct. 22, 2002.

Herbert Hayes, Appellant Pro Se. James Marion Powell, Lucretia Smith Guia, Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Greensboro, North Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Herbert Hayes appeals the denial of his motion for a new trial after judgment was entered against him based upon a jury verdict in his employment discrimination action under 42 U.S.C. § 1981 (2000).\* We have reviewed the record and find no reversible error. We therefore affirm. *See Hayes v. Jacobs Eng'g Group Inc.,* No. CA–00–63–1 (M.D.N.C. Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).